99 A.3d 527

**Robert A. SMILLIE, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 31 WAP 2012.**

Supreme Court of Pennsylvania.

Sept. 3, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of September, 2014, the above captioned appeal is quashed for failure to file a brief.